IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

THE NAVAJO NATION,                       )
                                         )         NO. A-CR-02-79
           Plaintiff,                    )
                                         )
     vs.                                 )
                                         )
JOE MIKE YAZZIE,                         )
                                         )
           Defendant.                    )
_____ )

The Stipulation for Dismissal, filed the 19th day of March, 1979 having been received and considered by the Acting Chief Justice and good cause appearing,

IT IS HEREBY ORDERED THAT the Petition for a Writ of Prohibition in the above-entitled matter is DISMISSED.

Dated this 21st day of March, 1979.

Marie F. Neswood

Acting Chief Justice of the Navajo Nation